MIAMI VALLEY HOSPITAL,

        Plaintiff,           :     Case No. 3:05-cv-343

                                      District Judge Thomas M. Rose
-vs-                           Chief Magistrate Judge Michael R. Merz

                              :

COMMUNITY INSURANCE
COMPANY, et al.,

        Defendants.

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #24), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on February 24, 2006, hereby ADOPTS said Report and Recommendations.

It is therefore ORDERED that this case be dismissed as to Defendant Miller without prejudice for failure to make service of process within the time allowed by Fed. R. Civ. P. 4(m).

March 2, 2006.

                                                        Thomas M. Rose
                                                  United States District Judge